| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Patrick Lee Kennedy<br>4700 Briggs Avenue<br>La Crescenta, CA 91214<br>818-321-7719<br>fax: 818-249-5192<br>kenlogic@sbcglobal.net<br><br>☒ Respondent appearing without attorney<br>☐ Attorney for Respondent: | FOR COURT USE ONLY<br><br>FILED<br>AUG 25 2016<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Patrick Lee Kennedy<br>dba Patrick Lee Kennedy, Painting and Decorating Contractor<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:16-bk-19136-SK<br>CHAPTER: 11 |
|---|---|
| | **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** |
| | DATE: 09/07/2016<br>TIME: 8:30 am<br>COURTROOM: 1575<br>PLACE:<br>    255 E. Temple Street<br>    Los Angeles, CA 90012 |

**Movant:** HSBC BANK USA, National Association, As Trustee For Home Equity Loan Trust Series ACE 2006-HE1

**Respondent:**    ☒ Debtor    ☐ trustee    ☐ other:

> NOTE REGARDING FILING AND SERVICE OF RESPONSE, EXHIBITS AND DECLARATIONS:
>
> A copy of the Response, exhibit(s) and declaration(s) must be served upon:
>
> (1) Movant's attorney (or Movant; if Movant does not have an attorney);
>
> (2) the trustee; and
>
> (3) the judge who presides over this bankruptcy case.
>
> Then the document must be filed with the court.

1. ☐ **NONOPPOSITION**

   The Respondent does not oppose the granting of the Motion.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                                                 Page 1                                                 F 4001-1.RFS.RESPONSE

2. ☐ **LIMITED OPPOSITION**

   a. ☐ Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession take place before (*date*): _____ and the reason for this request is (*specify*):

   b. ☐ As set forth in the attached declaration of the Respondent or the Debtor, the motion is opposed only to the extent that it seeks a specific finding that the Debtor was involved in a scheme to hinder, delay or defraud creditors.

   The Debtor:
   (1) ☐ has no knowledge of the Property.
   (2) ☐ has no interest in the Property.
   (3) ☐ has no actual possession of the Property.
   (4) ☐ was not involved in the transfer of the Property.

   c. ☐ Respondent opposes the Motion and will request a continuance of the hearing since there is an application for a loan modification under consideration at this time. Evidence of a pending loan modification is attached as Exhibit _____.

3. ☒ **OPPOSITION:** The Respondent opposes granting of the Motion for the reasons set forth below.

   a. ☐ The Motion was not properly served (*specify*):

   (1) ☐ Not all of the required parties were served.
   (2) ☐ There was insufficient notice of the hearing.
   (3) ☐ An incorrect address for service of the Motion was used for (*specify*):

   b. ☒ Respondent disputes the allegations/evidence contained in the Motion and contends as follows:

   (1) ☒ The value of the Property is $ _1,350,000.00_____, based upon (*specify*):
   See Declaration, supporting evidence and exhibits 1, 2 and 3.

   (2) ☐ Total amount of debt (loans) on the Property is $ _____.

   (3) ☐ More payments have been made to Movant than the Motion accounts for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.

   (4) ☐ There is a loan modification agreement in effect that lowered the amount of the monthly payments. A true and correct copy of the loan modification agreement is attached as Exhibit _____.

   (5) ☒ The Property is necessary for an effective reorganization. Respondent filed or intends to file a plan of reorganization that requires use of the Property. A true and correct copy of the plan is attached as Exhibit _____.

   (6) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments are current. A true and correct copy of the chapter 13 plan is attached as Exhibit _____ and proof that the plan payments are current through the chapter 13 trustee is attached as Exhibit _____.

   (7) ☐ The Property is insured. Evidence of current insurance is attached as Exhibit _____.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                      Page 2                              F 4001-1.RFS.RESPONSE

(8) ☐ Movant's description of the status of the unlawful detainer proceeding is not accurate.

(9) ☒ Respondent denies that this bankruptcy case was filed in bad faith.

(10) ☐ The Debtor will be prejudiced if the Nonbankruptcy Action is allowed to continue the nonbankruptcy forum.

(11) ☐ Other (*specify*):

c. ☐ Respondent asserts the following as shown in the declaration(s) filed with this Response:

(1) ☐ The bankruptcy case was converted from chapter ___ to chapter ___.

(2) ☒ All postpetition arrearages will be cured by the hearing date on this motion.

(3) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments
☐ are current, or ☐ will be cured by the hearing date on this motion.

(4) ☐ The Debtor has equity in the Property in the amount of $ _____.

(5) ☐ Movant has an equity cushion of $ _____ or _____% which is sufficient to provide adequate protection.

(6) ☐ The Property is necessary for an effective reorganization because (*specify*):

(7) ☒ The motion should be denied because (*specify*):
See Declaration by Debtor, supporting evidence, exhibits 1-4 and post petition payments for July and August will be made on or before the hearing date.

(8) ☐ An optional memorandum of points and authorities is attached in support of this Response.

4. **EVIDENCE TO AUTHENTICATE EXHIBITS AND TO SUPPORT FACTS INSERTED IN THE RESPONSE:**

Attached are the following documents in support of this Response:

☒ Declaration by the Debtor        ☐ Declaration by the Debtor's attorney
☐ Declaration by trustee           ☐ Declaration by trustee's attorney
☐ Declaration by appraiser         ☐ Other (*specify*):

Date: 08/24/2016

_____
Printed name of law firm for Respondent (if applicable)

Patrick Lee Kennedy
_____
Printed name of individual Respondent or attorney for Respondent

*Patrick Lee Kennedy*
_____
Signature of individual Respondent or attorney for Respondent

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                         Page 3                         F 4001-1.RFS.RESPONSE

PATRICK LEE KENNEDY            CASE NO. 2:16-bk-19136-SK

## DECLARATION WITH SUPPORTING EVIDENCE AND EXHIBITS

1. Movant's claim regarding Equity and Valuation of Property is inaccurate. Zillow.com estimate is $ 1,423,190.00 (see Exhibit 1) Redfin.com estimate is $ 1,342,906 (see Exhibit 2). Property sits on .42 acre flat lot. Department of Regional Planning of Los Angeles, Second Unit Ordinance, confirms a second unit (house) up to 3 bedrooms, 2 baths, up to 1,200 square feet can be built on property (see Exhibit 3). Along with a desirable area and premium schools value is $ 1,300,000 to $ 1,400,000. Movant is adequately protected with claim of $ 1,247,759.72, ((which includes exorbitant accrued interest, late charges, attorney's fees and escrow charges of lender placed homeowners insurance at 2-3 times of a basic policy)).

   Property is feasible to re-organize.

2. Movant's claim of bad faith filing by Debtor is completely false and misleading. Debtor is not scheming the loan servicer (ASC/Wells Fargo) or Lender/Trustee HSBC.

   Debtor paid the first 2-1/2 years on the loan of interest-only totaling approximately $ 125,000.00 with no principal reduction.

   Exhibit 4 shows six pages of a scratch call log dating back to 2010 up to 2016 made to the loan servicer ASC/Wells Fargo and the foreclosure service Ndex West, LLC. Over 100 calls communicating and seeking a solution to a high-interest loan and past due amount.

   Debtor has been forced for years to pay all of the past due amount or face foreclosure.

   Debtor has sought relief in bankruptcy court according to the laws allowed while seeking a solution to the problem. Debtor wishes to keep the property.

Page 1

PATRICK LEE KENNEDY                           CASE NO. 2:16-bk-19136-SK

3.  In Good Faith, Debtor will pay on or before the hearing date the post petition July Payment of $ 5,737.35 and August payment of $ 5,603.26, from the Debtor-In-Possession account. Total amount will be $ 11,340.61.

With this payment, Debtor requests Movant to withdraw their motion and asks the Bankruptcy Court to continue the automatic stay until the Disclosure Statement is filed and Plan of Reorganization is voted on.

*Patrick Lee Kennedy*                                     08/24/2016
Signature                                                 Date

Page 2

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
PO Box 842, Montrose, CA 91021

A true and correct copy of the foregoing document entitled: **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 08/24/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Dare Law
United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) 08/24/2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Sandra R. Klein
United States Bankruptcy Court
255 East Temple Street, Suite 1582
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/24/2016 | Jennifer J. Kennedy | _Jennifer J. Kennedy_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014 — Page 4 — F 4001-1.RFS.RESPONSE

2. **SERVED BY UNITED STATES MAIL**

America's Servicing Company
Attn: Bankruptcy Department
MAC # D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715

Real Time Resolutions, Inc
1349 Empire Central Dr., Ste. 150
Dallas, TX 75247-4029

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Brandye N. Foreman
Barrett Daffin Frappier Treder and Weiss, LLC
20955 Pathfinder Road, Ste. 300
Diamond Bar, CA 91765

---

F 9013-3.1 PROOF OF SERVICE

CORRECT HOME FACTS   ♡ SAVE   SHARE   MORE ▾                              ⤢ EXPAND   ✕ CLOSE



# 4700 Briggs Ave,
# La Crescenta, CA 91214

**4 beds · 2 baths · 1,892 sqft** Edit

Edit home facts for a more accurate Zestimate.

**OFF MARKET**
Zestimate®:
**$1,423,190**
Price this home
Rent Zestimate®:
$5,292/mo

Est. Refi Payment
$5,212/mo
See current rates

**GET A PROFESSIONAL ESTIMATE**

👤 Your Name
📞 Phone
✉ Email

I own this home and would like a professional estimate at 4700 Briggs Ave, La Crescenta, CA 91214.

**Contact Agent**

**Agents Who Can Help**

 **Amy Dginguerian & Marlin Dginguerian**  [PREMIER AGENT]
★★★★★ (49)
23 Recent sales
(818) 415-1516

 **Vic Markarian Realty Group**  [PREMIER AGENT]
★★★★★ (81)
85 Recent sales
(818) 924-4066

 **Team Hall & Chambers**  [PREMIER AGENT]
☆☆☆☆☆ (0)
(818) 485-4850

Learn how to appear as the agent above

### Thinking About Selling?
Find a local agent who can give you a professional estimate of your home value.

**Find an Agent**

**EXHIBIT 1**

# REDFIN

**4700 Briggs Ave**
La Crescenta-Montrose, CA 91214
**Status:** Not For Sale **Source:** Public Records

| $1,342,906 Redfin Estimate | Unknown Last Sold Price | 4 Beds | 2 Baths | 1,892 Sq. Ft. $710 / Sq. Ft. |

**Built:** 1955 **Lot Size:** 0.42 Acres



**Alin Glogovicean**
REDFIN Real Estate Agent
☆☆☆☆☆
**269 client reviews**

[ Talk to Alin About Selling ]

< 1 of 2 Redfin Agents in this area >

**Track This Home's Estimate**    **EXHIBIT 2**

Los Angeles County Department of Regional Planning

# Second Unit Ordinance
CHAPTER 22.52 PART 16 (22.52.1700-22.52.1770)

| | |
|---|---|
| **A Second Unit may be permitted with a Site Plan Review if:** | • The property is zoned residential or agricultural. ✱<br>• The property has no detached living quarters, guest houses, mobilehomes, or caretaker's residence.<br>• The property is a legal lot or has an approved and recorded Certificate of Compliance.<br>• Access is from an existing street with a minimum of 50 foot right-of-way width.<br>• At least one of the units must remain owner-occupied (covenant required). ✱ |
| **A Second Unit is prohibited if the property is located:** | • In a Significant Ecological Area.<br>• In an Environmentally Sensitive Habitat Area (Malibu Coastal Plan).<br>• On slopes of 25% or more.<br>• In a Noise zone (near airports). |
| **A CUP is required if:** | • The property is located in a Very high fire hazard severity zone.<br>• Public sewer or water is not available. |
| **Additional information to be submitted with the Site Plan application:** | • "Will-serve" letter from the water company.<br>• Certification letter from LA County Waterworks/Sewer Maintenance Division.<br>• If any portion of the second unit is located more than 150 feet from the street, Fire Department approval of Plot Plan is required.<br>• Copy of recorded Grant Deed.<br>• Copy of gas or electric bill.<br>• Copies of Building Description Blank/Slip from LA County Assessor's office.<br>• Copies of Building Permits from LA County Building & Safety office. |
| ***DEVELOPMENT STANDARDS*** | *(May not apply to areas located in a Community Standards District. The more restrictive standards apply.)*<br>*(A Variance is required to modify these development standards, except otherwise specified below.)* |
| **Minimum Lot Size** | Urban land use category: 5,000 square feet of net lot area. ✱<br>*Exception-* **Attached and within the footprint of the existing residence:** None<br>Rural land use category: 1 acre of gross lot area. |
| **Maximum Second Unit Size** (minimum floor area: 220 sq. ft.) | Urban    Parcel Size (Sq. Ft.)           Second Unit Maximum Floor Area (Sq. Ft.)<br>             5,999 or less                           600<br>             6,000 to 7,499                         800<br>             7,500 to 9,999                        1,000<br>             10,000 or larger                    1,200 ✱<br>Rural     One acre or more                   1,200 |
| **Yard Setback** | **Urban:** Front yard- 20 feet, side yard- 5 feet, rear yard- 15 feet. (May be modified by Yard Modification, instead of Variance.) 30 feet alley dedication shall be observed. ✱<br>**Rural:** Front, side and rear yard setbacks of 35 feet are required.<br>**Equestrian districts:** Side yard or rear yard setback of 35 feet, unless second story unit is attached and within the footprint of the existing residence.<br>**Separation between dwelling units:** 10 Feet. (May be modified by Yard Modification, instead of Variance.) |
| **Maximum Height** | **Urban** ✱<br>    **Detached** 17 Feet.<br>    **Attached** 20 Feet.<br>        • Any portion set back more than 20 feet from the front property line may have 1 additional foot in height for every additional foot setback. Maximum of 35 feet.<br>        • Any portion set back more than 5 feet from the side property line may have 1 additional foot in height for every additional foot setback. Maximum of 35 feet.<br>**Rural** 35 Feet. |
| **Maximum Lot Coverage** | **Urban** 40 percent of the net lot area.<br>**Rural** Front, side and rear yard depth of 35 feet. |
| **Parking and Driveway** | • May be tandem if accessible to a driveway.<br>• Driveway must be a minimum of 10 feet in width.<br>• 26 feet of clear backup space must be provided.<br>• Existing residence must have 2 covered (17' x 18') parking spaces. ✱<br>• Cannot be located in rear or side yard setback unless located 75' from front property line.<br>• Cannot be located in front yard setback unless on sloping terrain (see Zoning Code 22.48.140).<br>*Additional parking needed for 2nd unit -*<br>**One bedroom:** 1 uncovered (8½' x 18') parking space.<br>**Two or more bedrooms:** 2 uncovered (17' x 18') parking spaces. ✱ |

EXHIBIT 3

**ASC** America's Servicing Company
Return Mail Operations
P.O. Box 10388
Des Moines, IA 50306-0388

FAX - 877-698-7734
866-359-7363

007128 1 MB 0.382    7128/007128/020347 025 02 AC046A LC101 106

Patrick Lee Kennedy
4700 Briggs Ave
La Crescenta CA   91214-3109

NANCY PALOMERA

Charlene RAND
877-378-8227
ext. 42902

FELICIA  01000

Request for Additional Information

Notice Date: March 28, 2011          Loan Number: 1158034363, Client 106

We have received your inquiry concerning your mortgage loan. In order to
process your request for Retention, the following
information is needed. The required documents are indicated for each
specified borrower. (B1=Borrower, B2=Co-Borrower)

B1 B2       mortgage account online.com
    1. Financial Worksheet with Hardship Explanation
    2. Tax Return for
    3. Proof of Income (paystub, SSI, child support)
    4. Profit & Loss Statement
    5. Listing Agreement
    6. Signed Purchase Contract/Est. Closing Statement
    7. Hardship Explanation
    8. Buyer's Pre-Qualification Letter

Comments:
Please provide updated proof of income for 30 days, hardship letter,
and financial worksheet to 866-590-8910.  Thank you.

If ALL of this information or a request for an extension is not received
within ten (10) days from the date of this letter, we will consider this
request cancelled. Please note any collection and foreclosure action
will continue uninterrupted until approval. Therefore, a timely response
is essential. Please mail or fax the information or request to:

Fax:  (866) 590-8910 or (866) 359-7363
America's Servicing Company
1000 Blue Gentian Road, Suite 300
MAC X9999-01N
Eagan, MN 55121

If we can be of further assistance, please call us at (800)662-3806,
Monday through Friday, 8 AM to 11 PM, or Saturday, 9 AM to 3 PM, Eastern
Time.

Sincerely,
Home Preservation

America's Servicing Company is required by the Fair Debt Collection Practices
Act to inform you that if your loan is currently delinquent or in default,
as your loan servicer, we will be attempting to collect a debt, and any
information obtained will be used for that purpose. However, if you have

# EXHIBIT 4

007128/020347 AC046A 7128 ETM1C001

**ASC** — America's Servicing Company
Return Mail Operations
P.O. Box 10388
Des Moines, IA 50306-0388

877-222-7875

July 16, 2010 DERON
JESSICA
July 30, 2010 EDDY
July 28,
SEPT. 7, 2010 LIZ
Oct. 15, 2010 MAGGIE

014872 1 MB 0.382   6872/014872/015285 054 02 AC03S9 LC101 106

Patrick Lee Kennedy
4700 Briggs Ave
La Crescenta CA  91214-3109

ADRIEL SPILLER
877-335-1909
EXT. 54711
Letter of Zero Dollar
Write Explanation for Transportation

MATTHEW SHERBURN
803-396-6000

Aug. 2010

NOV. 2, 2010 MELANY
PKL
DEC 6, 2010 AMANDA

Request for Additional Information

JAN 5, 2011 TANISHA
JAN 18, 2011 CHARLES

Notice Date: July 08, 2010        Loan Number: 1158034363, Client 106

JAN 26, 2011 MIKE

We have received your inquiry concerning your mortgage loan. In order to
process your request for Loan Modification, the following
information is needed. The required documents are indicated for each
specified borrower. (B1=Borrower, B2=Co-Borrower)

JAN 28, 2011 ASHLEY

50%   10

FEB 26, 2011 TREVOR

B1 B2
XX ..   1. Financial Worksheet with Hardship Explanation        MARCH 2, 2011 RYAN
.. ..   2. Tax Return for ..                                    MARCH 3, 2011 ALEX
.. ..   3. Proof of Income (paystub, SSI, child support)
.. ..   4. Profit & Loss Statement                              APRIL 5, 2011 DAVE
.. ..   5. Listing Agreement                                    APRIL 5, 2011 MARK
.. ..   6. Signed Purchase Contract/Est. Closing Statement
.. ..   7. Hardship Explanation                                 APRIL 6, 2011 MARK
.. ..   8. Buyer's Pre-Qualification Letter                     APRIL 6, 2011 BRIAN

Comments: LEGAL ATTORNEY 425-586-1900                           APRIL 7, 2011 SAM
Financial Worksheet must include monthly transportation expenses
signed dated within last 60 days.                               APRIL 8, 2011 ELDA

If ALL of this information or a request for an extension is not received
within ten (10) days, we will consider this request cancelled. Please note
any collection and foreclosure action will continue uninterrupted until   APRIL 8, 2011 JANICE
approval. Therefore, a timely response is essential. Please mail or fax the
information or request to:  MATT SHERBURN  803-396-4581                   APRIL 13, 2011, TIM

    Fax: (866) 590-8910 or (866) 359-7363       APRIL 26   APRIL 21, 2011, SANDY
    America's Servicing Company
    1000 Blue Gentian Road, Suite 300   5160 AM                           APRIL 21, 2011 DONNA
    MAC X9999-01N
    Eagan, MN 55121        24th       7-4 P.M.                            APRIL 21, 2011 VAN JOHNSON

If we can be of further assistance, please call us at (800)662-3806, APRIL 22, 2011
Monday through Friday, 8 AM to 11 PM, or Saturday, 9 AM to 3 PM, Eastern
Time.                                                                     APRIL 23, 2011 LAURELL

America's Servicing Company is required by the Fair Debt Collection Practices
                                                                          APRIL 25, 2011 KANISHA
Act to inform you that if your loan is currently delinquent or in default,
as your loan servicer, we will be attempting to collect a debt, and any
information obtained will be used for that purpose. However, if you have MAY 16, 2011 LYNN
received a discharge, and the loan was not reaffirmed in the bankruptcy
case, America's Servicing Company will only exercise its right as against MAY 16, 2011 TOM
the property and is not attempting any act to collect the discharge debt MAY 26, 2011 LINDSEY
from you personally.
                                                JUNE 20      JUNE 10, 2011 JENNA

APRIL 2, 2011   **EXHIBIT 4**  Oct. 31st

NEXT PAGE

014872/015285 AC03S9 6872 ETM1C002

·If you would like to discuss the present condition of your loan, or if we can be of further assistance, please call on of our Loan Service Representatives at 1-800-842-7654, Monday through Friday from 8:00 a.m. to 6:00 p.m. Central Time.

Sincerely,

America's Servicing Company
Default Management Department

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt and, this company has a security interest in the property and will only exercise its rights as against the property.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive person calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

MARCH 26, 2013

| Name | Date | Notes |
|---|---|---|
| ARACELI | FEB. 21, 2013 | |
| BUTCH | FEB 21, 2013 | PAYMENT ARRANGEMENTS |
| AUTO | FEB 25, 2013 | PAYMENT HELP |
| AUTO | MARCH 1, 2013 | MORTGAGE ACCOUNT ONLINE WELLS FARGO.COM/ PAYMENT HELP |
| AUTO | MARCH 21, 2013 | COLLECTION SPECIALIST |
| ALLYSA | MARCH 21, 2013 | |
| VERONICA | MARCH 27, 2013 | B.K. FC DEPARTMENT |
| JESICA | MAY 10, 2013 | |

EXHIBIT 4

America's Servicing Co.
Return Mail Operations
PO Box 10388
Des Moines, IA 50306-0388

Case 2:16-bk-19136-SK    Doc 23-1    Filed 08/25/16    Entered 08/26/16 11:54:40    Desc
                         Main Document    Page 14 of 16

**ASC**
AMERICA'S SERVICING COMPANY

January 13, 2016

| Account Information | |
|---|---|
| Online: | mortgageaccountonline.com |
| Fax: | 1-866-359-7363 |
| Telephone: | 1-866-234-8271 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Fri, 6 a.m. -10 p.m., |
| | Sat, 8 a.m. - 2 p.m., CT |
| Loan number: | 1158034363 |
| Property address: | 4700 Briggs Ave |
| | La Crescenta CA 91214 |

DCML1TDTO0  005730

PATRICK LEE KENNEDY
4700 BRIGGS AVE
LA CRESCENTA, CA 91214

Subject: Future contact information for your records

Dear Patrick Lee Kennedy:

My name is DANIEL GUDAITIS. I am an America's Servicing Company home preservation specialist writing you with an important reminder about how to contact America's Servicing Company if you require mortgage assistance in the future.

Please hold onto this letter with my contact information. I am now your assigned home preservation specialist should you have a change in circumstances that would affect your qualifications or need for mortgage assistance. Simply contact me at phone number below.

Sincerely,

*[handwritten: CALL  MARCH 14, 2016    SEPT 21, 2016]*
*[handwritten: SARAH]*

**DANIEL GUDAITIS**
DANIEL GUDAITIS
Home Preservation Specialist    *[handwritten: HUD-1]*
America's Servicing Company     *[handwritten: LISTING-1]*
Ph: 1-855-844-4527 ext. 1335520571    *[handwritten: Purchase Agreement]*
Fax: 1-866-590-8910    *[handwritten: 969-0103 Fx.]*

*[handwritten: 800-282-3485]*

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have received a discharge of this debt in bankruptcy or are currently in a bankruptcy case, this notice is not intended as an attempt to collect a debt, and we have a security interest in the property and will only exercise our rights as against the property.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Wells Fargo Home Mortgage, doing business as America's Servicing Company, is a division of Wells Fargo Bank, N.A.
© 2015 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

**EXHIBIT 4**

HP016 106 0501

OCT 31, 2012 — NATIONAL MORTGAGE SETTLEMENT
EILEEN    8:00-6:00 C
SEP 28, 2012
LETISHA · 3 PACIFIC    972-661-7800
                        legal Counsel

SEP 27, 2012  **NDEx West, L.L.C.**
OCTAVIO    15000 Surveyor Boulevard, Suite 500
           Addison, Texas 75001-9013
AUG 20, 2012 Telephone: (866) 795-1852          Legal Dpt,        12:30    08:12
MARIE      Telecopier: (972) 661-7800   10/1/2012

AUG 9, 2012   February 09, 2009          CLIENT SERVICES            4:65
EILEEN                                  7:22  AUG 24,
                                                        OFF CALENDAR ←   2010
4:00       **PATRICK LEE KENNEDY**  JUN 21,  JUAN  JULY 7, 2010      MARCH 11   DOLORES
6:          **4700 BRIGGS AVE**                                     MARCH 16,  SILVIA
JULY 20,    **LA CRESCENTA, CA 91214** AUG 3,  BRITNEY              APRIL 8,   EILEEN
                                    SEP 9,   DESIRÉE                APRIL 9,   JERRY
            Re: Loan No.:   1158034363                              MAY 17,    CRISTINA
JULY 25,        TS No.:     20090134001093                          JUNE 2     BRITNEY
LETISHA
            ~~NDEx West, L.L.C. ("NDEx") has been authorized by the Servicer/Creditor to collect a debt associated with a Deed of Trust associated with a real property loan. The current creditor to whom the Debt is owed is HSBC BANK USA, NATIONAL~~
            **ASSOCIATION, AS TRUSTEE FOR HOME EQUITY LOAN TRUST SERIES ACE 2006-HE1.** The loan is being serviced by
JULY 19,    **AMERICA'S SERVICING COMPANY.**                                        MARCH 11, 2011
                                                                                    APRIL 11  25AM
JOSEPH      We have been advised by our client that the amount of the debt as of the date of this Notice, according to the records of our client is
            $785,790.65. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay   APRIL 26
            may be greater. If you pay the amount shown above, an adjustment may be necessary after we receive your check, in which case we
            will inform you before depositing the check for collection. For further information, write the undersigned or call 866-795-1852.        MAY 26,
JULY 16,    **PLEASE BE ADVISED THAT NDEX MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT**
2012        **THE ABOVE REFERENCED DEBT. ANY INFORMATION OBTAINED FROM YOU WILL BE USED FOR THAT**
MONICA      **PURPOSE.**

JULY        Unless, within thirty days after you receive this letter you dispute the validity of the Debt or any part of it, NDEx will assume that the
13, 2012    debt is valid. If you notify NDEx in writing within that same thirty-day period that the debt, or any portion thereof, is disputed NDEx
JOSEPH      will obtain verification of the Debt or a copy of a judgment, if any, and a copy of such verification or judgment will be mailed to you.
            Upon your written request within that same thirty-day period NDEx will furnish you with the name and address of the original creditor,
            if the original creditor is different from the current creditor.

JUAN        The law does not require NDEx to wait until the end of the thirty-day period before taking action to collect this debt. If, however, you
JUNE 25     request proof of the debt or the name and address of the original creditor within thirty days of receipt of this letter, the law requires
2012        NDEx to suspend its efforts (through litigation or otherwise) to collect the debt, even if we have already initiated foreclosure
            proceedings, until we mail you the information validating the debt and/or until we provide you with the name and address of the
LETISHA     original creditor.
MARCH 16, 2012                  REQUEST * REINSTATEMENT FIGURES *                                       APRIL 9 12

MONICA      The California Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except
MARCH 9, 2012 under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of
            violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know
FEB 9, 2012 that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or
            spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information
FEB 14, 2012 about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.            IN THE QUE
                  15.9          CLIENT SERVICES
            If you are not obligated on the Debt, or if the Debt has been discharged in a bankruptcy proceeding, this letter is not an
            attempt to impose personal liability upon you for payment of that debt. In the event you have received a bankruptcy       OCT 31, 2011
            discharge, any action to enforce the debt will be taken against the property only. You are being given this notice as a courtesy  NOV 30, 2011
            because your interest in the property loan may be affected.
NFO         Sincerely,                                        JAN 26, 2011   MONICA
                          4 P.M. PACIFIC   APRIL 21, 2011     FEB 3, 2011    EILEEN             MARCH 11, 2011
            NDEx West, L.L.C.                 JOSEPH                                            APRIL 11,  2011
OCT 20, 2011 JOSEPH                       APRIL 22, 2011      MARCH 3, 2011  ALVIN              APRIL 26,  2011
JAN 24, 2011 JERRY        Safe and Fair      JUAN             MARCH 10, 2011 LETISHA             MAY 26,   2011
JAN 28, 2011 APRIL 25, 2011 Letisha Lending Pro  APRIL 25, 2011  APRIL 4, 2011  DOLORES
            FCUS_FFD_Ltr.rpt-1st - (01/07/08) / Ver-17                        APRIL 6, 2011   Julie   Page 1 of 1
JAN 18, 2012 JUNE 10, 2011  JOSEPH  Request for  DOLORES                      APRIL 7, 2011   MAWA    JUNE 29, 2011
JOSEPH                              Reinstatement                                                     JULY 29, 2011
JAN 20, 2012 JUNE 23, 2011  JUAN          3-5         APRIL 25, 2011          APRIL 8, 2011   MARISOL AUG 30, 2011
LUIS       AUG 18, 2011                                    MARIE                                      SEPT 30, 2011
JAN 31, 2012                                 **EXHIBIT 4**                    APRIL 8, 2011   EILEEN

April 22, 2011  Joseph
April 25, 2011  Letisha

Dec. 4, 2012    Monica    Dec. 18, 2012  Changed
Dec 5, 2012     Joseph    Jan 25, 2012   Changed
Jan 25, 2012    Monica
Feb. 8, 2012    Roman
March 22, 2013  Monica    March 26, Changed
March 27, 2013  Monica    March 28, Changed

April 29, 2013  Juan      May 30, 2013

August 21, 2014

April 22, 2015

David
800-203-9077
949-258-3191
    419-0930

---

ASC - April 22, 2011 -J

# EXHIBIT 4