BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Susan M. Spraul, Clerk
by Deputy Clerk

**FILED**

DEC 08 2016

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: ) | BAP No. CC-16-1306 |
| ) | |
| PATRICK LEE KENNEDY, ) | Bk. No. 2:16-bk-19136-SK |
| ) | |
| Debtor. ) | |
| _____) | |
| ) | |
| PATRICK LEE KENNEDY, ) | |
| ) | |
| Appellant, ) | |
| v. ) | **ORDER DISMISSING APPEAL** |
| ) | **FOR LACK OF PROSECUTION** |
| HSBC BANK USA, N.A., ) | |
| ) | |
| Appellee. ) | |
| _____) | |

Before: KURTZ, FARIS, and LAFFERTY, Bankruptcy Judges.

Appellant did not file an opening brief by the original due date of November 14, 2016, and did not respond to the clerk's Conditional Order of Dismissal which warned that this appeal would be dismissed if the brief was not filed by December 2, 2016.

Therefore, this appeal is hereby ORDERED DISMISSED for lack of prosecution. See Fed. R. Bankr. P. 8018(a)(4); 9th Cir. BAP R. 8018(a)-1(c) & 8018(a)-2.